(August 26, 1982)

■ In the Matter of DONALD L. SALVA, Petitioner, v BOARD OF REGENTS OF THE STATE OF NEW YORK, Respondent. — Motion for stay of order of revocation pending determination of review proceeding denied, without costs. The papers fail to demonstrate a substantial likelihood of success as required by subdivision 5 of section 6510 of the Education Law. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.